JH

RECEIVED
NOV. 20, 2007
NOV 20 2007 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. District Court
Northern District of Illinois

① Chicago Tribune Newspaper

② Timothy Doyle Young

vs.

07CV 6566
JUDGE KENNELLY
MAGISTRATE JUDGE COX

United States

## Civil Complaint

① The United States has prevented correspondence through the U.S. Mail with first class postage attached between inmate Young and the Chicago Tribune Newspaper.

② The correspondence concerns facts about abuses at the U.S.P.- ADX Federal Supermax Prison ("Gitmo of the Rockies") supported by BOP records and/or Public records.

③ This was done with the sole intent of illegally suppressing

ONE

verifiable facts that are a matter of public concern and done in violation of the governing rules and regulations, 28 CFR §540, P.S. 5265.11, etc.

(4) The letters were addressed as illustrated in the Appendix, had a forty-one cent stamp affixed, marked as "Special Mail", and rejected without reason, explanation, or a rejection Notice.

(5) These acts and inactions violate: F.O.I.A. – P.A., the First and Fifth Amendments.

### Jurisdiction

a.) 28 USC §1331.
b.) 28 USC §§2201-02.
c.) 28 USC §1361.
d.) 18 USC §3626.
e.) 5 USC §552.
f.) 5 USC §552a.
g.) 5 USC §§701 et. seq.
h.) F.R.Civ.P. #65.

Two

Relief

A. Declaration that these acts are illegal and/or unconstitutional.
B. Punitive damages.
C. Nominal damages.
D. Immediate injunction against the U.S. from preventing correspondence with the Media.
E. All costs.
F. Any other relief as the Plaintiff's may be entitled to.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Nov. 14, 2007.

Tim Young
Pro Se

Timothy Doyle Young #60012-001
USP-Max-ADX
PO Box 8500
Florence, CO 81226

"Legal Mail—
Open only in
presence of inmate."

Three

## Appendix

① Chicago Tribune Newspaper
   Editor
   435 N. Michigan Ave.          9-4-07
   Chicago, IL 60611

② Chicago Tribune
   Mr. Cohen, Attorney
   Legal Dept.                   9-7-07
   435 N. Michigan Ave.
   Chicago, IL 60611

③ Chicago Tribune
   Julia Keller, Journalist      9-12-07
   435 N. Michigan Ave.
   Chicago, IL 60611