**PRISONER CASE**

JH

**FILED**
NOV 20 2007  NF
Nov. 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** TIMOTHY DOYLE YOUNG

**Defendant(s):** UNITED STATES

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**
Timothy Doyle Young
#60012-001
Florence - ADMAX
P.O. Box 8500
Florence, CO  81226

**Defendant's Attorney:**
AUSA
United States Attorney's Office
219 South Dearborn
Chicago, IL  60604

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 3. Federal Question (U.S. gov't. not a party)
☑ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:
Defendant:

07CV 6566
JUDGE KENNELLY
MAGISTRATE JUDGE COX

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 28:1331b

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham    **Date:** 11/20/2007