JH

Ifp Statement

**FILED**
NOV 20 2007 aew
NOV. 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I do not have any cash, assets, or any foreseeable income and the last time that I had money in my inmate account was January 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Nov. 14, 2007.

Ti Y
Pro Se

Timothy Doyle Young #60012-001
USP - Max - ADX
PO Box 8500
Florence, CO 81226

"Legal Mail —
Open only in
Presence of inmate."

07CV 6566
JUDGE KENNELLY
MAGISTRATE JUDGE COX