U.S. District Court
Northern District of Illinois

Timothy Doyle Young

vs.   #07-C-6566
      (Ex parte)

United States

FILED
JAN 1 5 2008
Jan 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Request for Order

① I request an Order directing the Clerk of the Court to send a copy of the complaint to my co-Plaintiff:

Chicago Tribune Newspaper

② The Defendant withheld my letters to the Tribune without Due Process and in violation of:
A) First Amendment
B) Fifth Amendment
C) 28 CFR §540.15 et seq.
D) PS 5265.11 (12)

ONE

E) FLM 5265.11 (5)(N).
F) 18 USC § 1702, 1708, or 1709.
G) Procunier v. Martinez, 416 US 396, 413, 418, 94 sct 1800.

(3) The letters were withheld or destroyed without reason or Notice with the sole intent of suppressing truthful information that can be verified by BOP records and/or public records, that is a matter of public concern.

(4) This also violates the First Amendment Right of the Chicago Tribune Newspaper and each Journalist affected.

(5) The Tenth Circuit has NOT intervened to prevent First Amendment Retaliation and First Amendment denial of access (See #06-ZLW-1253, dkt.'s #32, #35, #41, #82, etc.). The Tenth Circuit has repudiated it's jurisdiction and I am waiting to see what the SCt is going to do.

Two

## Summary

(6) I ask that the Court send a copy of the complaint to the co-Plaintiff because of the Attorney-Client privilege. Fisher v. US, 425 US 391, 403 (the Attorney-Client privilege protects confidential communication to an Attorney necessary to obtain legal counseling).

(7) The Chicago Tribune Newspaper and myself have a Right under the First Amendment and the Attorney-Client Doctrine to discuss legal strategy and to coordinate venue issues, etc.

(8) A copy of the complaint being sent to the co-Plaintiff may very well resolve this case or at least in this Circuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Jan. 7th, 2008.

Three