# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6566 | **DATE** | January 29, 2008 |
| **CASE TITLE** | Timothy Doyle Young (#60012-001) v. United States | | |

**DOCKET ENTRY TEXT:**

Plaintiff Timothy Doyle Young has submitted neither an *in forma pauperis* application nor an amended complaint in compliance with this Court's 12/14/07 order. The Court warned Plaintiff that failure to comply may result in dismissal. Accordingly, the Court dismisses this case for failure to pay the filing fee or file an IFP application or otherwise comply with the 12/14/07 order. Fed. R. Civ. P. 41(b); N.D. Ill. Local Rule 3.3. All pending motions are denied, including Plaintiff's motion for this Court to send a copy of his complaint to the Chicago Tribune newspaper, which Plaintiff refers to as a co-plaintiff. [6] Neither the Chicago Tribune nor any authorized representative of that entity signed the complaint, paid the filing fee, or provided any indication that it is a party to this action. The Clerk is directed to enter judgment dismissing Plaintiff's action.

Docketing to mail notices.

isk