U.S. District Court
Northern District of Illinois

FILED
FEB 1 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Timothy Doyle Young

v.   #07-C-6566

United States

## Notice of Appeal

① I want to Appeal the dismissal of this case because the BOP is withholding certified inmate account statements which prevented me from comply with the Court's Order dated Dec. 14, 2007.

② This was done because of my First Amendment activity in retaliation and in violation of the First Amendment, Fifth Amendment, 28 USC §1915, 5 USC §701 et seq., 5 USC §552, 5 USC §552a, and 42 USC §1997d.

③ This misconduct is easily proven

ONe

by BOP documents generated by prison Staff.

II

④ I cannot contact my "co-Plaintiffs" because of the illegal obstruction and/or destruction of my mail to them.

⑤ The destruction of U.S. Mail to the Chicago Tribune and it's Journalists about truthful matters of a Public concern violates, the First Amendment both as Freedom of the Press and individuals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
Feb. 7, 2008

Ti Y—
Pro Se

Timothy Doyle Young  #60012-001
USP - Max - ADX
PO Box 8500
Florence, CO    81226

Two

## Certificate of Service

A sealed envelope with the address below and first class postage affixed was deposited in the Mail on Friday Feb. 8, 2008.

U.S. District Court
Prisoner Correspondence
219 S. Dearborn St.
Chicago, IL 60604

"Notice of Appeal"

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
Feb. 8, 2008.

*[signature]*
Pro Se

Timothy Doyle Young  #60012-001
USP-Max-ADX
PO Box 8500
Florence, CO  81226