U.S. District Court
Northern District of Illinois

FILED

Timothy Doyle Young

FEB 1 5 2008
FEB 15 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

v

#07- C - 6566

United States

## Notice of Appeal

①     I want to Appeal the dismissal of this case because the BOP is withholding certified inmate account statements which prevented me from comply with the Court's Order dated Dec. 14, 2007.

②     This was done because of my First Amendment activity in retaliation and in violation of the First Amendment, Fifth Amendment, 28 USC §1915, 5 USC §701 et seq., 5 USC §552, 5 USC §552a, and 42 USC §1997d.

③     This misconduct is easily proven

ONe

by BOP documents generated by prison Staff.

## II

④    I cannot contact my "co-Plaintiffs" because of the illegal obstruction and/or destruction of my mail to them.

⑤    The destruction of U.S. Mail to the Chicago Tribune and it's Journalists about truthful matters of a public concern violates the First Amendment both as Freedom of the Press and individuals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
Feb. 7, 2008

Ti Y
Pro Se

Timothy Doyle Young   #60012-001
USP - Max - ADX
PO Box 8500
Florence, CO       81226

Two

Certificate of Service

A sealed envelope with the
address below and first class postage
affixed was deposited in the Mail on
Friday Feb. 8, 2008.

U.S. District Court
Prisoner Correspondence
219 S. Dearborn St.
Chicago, IL 60604

"Notice of Appeal"

I declare under penalty of perjury that the
foregoing is true and correct.

Executed on
Feb. 8, 2008.                        Pro Se

Timothy Doyle Young    #60012-001
USP - Max - ADX
PO Box 8500
Florence, CO    81226

## SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.  Use a separate sheet if needed.


NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER:    07cv6566

|  PLAINTIFF (Petitioner)      v.  |  DEFENDANT (Respondent)  |
|---|---|
| Doyle Young (Appellant) | U.S. (Appellees) |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Timothy D. Young | Name | AUSA |
| Firm | #60012-001 PRO SE | Firm | U.S. Atty's Office |
| Address | Florence - ADMAX<br>P.O. Box 8500<br>Florence, CO 81226 | Address | 219 South Dearborn Street<br>Suite 500<br>Chicago, IL 60604 |
| Phone | N/A | Phone | (312) 353-5300 |

| Other Information | | | |
|---|---|---|---|
| District Judge | Kennelly | Date Filed in District Court | 12/14/07 |
| Court Reporter | L. Brennan (4393) | Date of Judgment | 1/29/08 |
| Nature of Suit Code | 555 | Date of Notice of Appeal | 1/29/08 |

COUNSEL:        Appointed ☐        Retained ☐        Pro Se ☒

FEE STATUS:        Paid ☐        Due ☒        IFP ☐

        IFP Pending ☐        U.S. ☐        Waived ☐

Has Docketing Statement been filed with the District Court Clerk's Office?        Yes ☐        No ☒

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

    Granted ☐        Denied ☐        Pending ☐

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____


**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

Additional Counsel

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | | Name | |
| Firm | | Firm | |
| Address | | Address | |
| Phone | | Phone | |

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6566 | **DATE** | January 29, 2008 |
| **CASE TITLE** | Timothy Doyle Young (#60012-001) v. United States | | |

**DOCKET ENTRY TEXT:**

Plaintiff Timothy Doyle Young has submitted neither an *in forma pauperis* application nor an amended complaint in compliance with this Court's 12/14/07 order. The Court warned Plaintiff that failure to comply may result in dismissal. Accordingly, the Court dismisses this case for failure to pay the filing fee or file an IFP application or otherwise comply with the 12/14/07 order. Fed. R. Civ. P. 41(b); N.D. Ill. Local Rule 3.3. All pending motions are denied, including Plaintiff's motion for this Court to send a copy of his complaint to the Chicago Tribune newspaper, which Plaintiff refers to as a co-plaintiff. [6] Neither the Chicago Tribune nor any authorized representative of that entity signed the complaint, paid the filing fee, or provided any indication that it is a party to this action. The Clerk is directed to enter judgment dismissing Plaintiff's action.

Docketing to mail notices.

isk

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Doyle Young                                        **JUDGMENT IN A CIVIL CASE**

                          v.                                        Case Number: 07 C 6566

United States

☐       Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been
        tried and the jury rendered its verdict.

■       Decision by Court.  This action came to trial or hearing before the Court.  The issues
        have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff's
action.

                                        Michael W. Dobbins, Clerk of Court

Date: 1/29/2008                         _____

                                        /s/ Olga Rouse, Deputy Clerk

APPEAL, COX, PC, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06566
### Internal Use Only

Young v. United States et al
Assigned to: Honorable Matthew F. Kennelly
Cause: 28:1331 Federal Question: Bivens Act

Date Filed: 12/14/2007
Date Terminated: 12/14/2007
Jury Demand: None
Nature of Suit: 555 Civil Rights
(Prison Condition)
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**Timothy Doyle Young**                    represented by **Timothy Doyle Young**
#60012-001
Florence - ADMAX
P.O. Box 8500
Florence, CO 81226
PRO SE

V.

**Defendant**

**United States**                          represented by **AUSA**
United States Attorney's Office
(NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email:
USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Service List**                           represented by **Prisoner Correspondence - Internal**

**Use Only**
Email:
Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2007 | **1** | RECEIVED Complaint and no copies by Timothy Doyle Young (hp, ) (Entered: 11/21/2007) |
| 11/20/2007 | **2** | CIVIL Cover Sheet (hp, ) (Entered: 11/21/2007) |
| 11/20/2007 | **3** | MOTION by Plaintiff Timothy Doyle Young for leave to proceed in forma pauperis (hp, ) (Entered: 11/21/2007) |
| 11/20/2007 | **4** | POST MARKED envelope for initiating document by Timothy Doyle Young (Document not scanned) (aew, ) (Entered: 12/12/2007) |
| 12/14/2007 | **5** | MINUTE entry before Judge Matthew F. Kennelly : Plaintiff Timothy Doyle Young's civil rights complaint and in forma pauperis application filed in this Court are not on this Court's forms and do not provide sufficient information to allow his case to proceed forward. Plaintiff is given 30 days from the date of this order to: (1) either pay the $350 filing fee or submit an in forma pauperis application on the enclosed form with the information required by 28 U.S.C. § 1915(a)(2), and (2) submit an amended complaint on this Courts form in accordance with N.D. Ill. Local Rule 81.1. Plaintiff's current in forma pauperis motion **3** is denied without prejudice and his complaint is dismissed without prejudice to Plaintiff filing another in forma pauperis application and an amended complaint within 30 days of the date of this order. The clerk shall forward to plaintiff an in forma pauperis application and an amended complaint form. Plaintiff's failure to comply with this order may result in dismissal of this case without prejudice. Fed. R. Civ. P. 41; N.D. Ill. Local Rule 3.3. [For further details see text below.] Mailed notice (hp, ) (Entered: 12/17/2007) |
| 12/14/2007 | | (Court only) ***Civil Case Terminated. (hp, ) (Entered: 12/19/2007) |
| 12/17/2007 | | MAILED to plaintiff an in forma pauperis application and an amended complaint form and with copy of minute order dated 12/14/2007. (hp, ) (Entered: 12/17/2007) |
| 01/15/2008 | **6** | LETTER from plaintiff dated 01/07/2008 requesting for a order to send a copy of the complaint to co-plaintiff. (hp, ) (Entered: 01/17/2008) |
| 01/29/2008 | **7** | MINUTE entry before Judge Matthew F. Kennelly :Plaintiff Timothy Doyle Young has submitted neither an in forma pauperis application nor an amended complaint in compliance with this Court's 12/14/07 |

| | | |
|---|---|---|
| | | order. The Court warned Plaintiff that failure to comply may result in dismissal. Accordingly, the Court dismisses this case for failure to pay the filing fee or file an IFP application or otherwise comply with the 12/14/07 order. Fed. R. Civ. P. 41(b); N.D. Ill. Local Rule 3.3. All pending motions are denied, including Plaintiff's motion for this Court to send a copy of his complaint to the Chicago Tribune newspaper, which Plaintiff refers to as a co-plaintiff. **6** Neither the Chicago Tribune nor any authorized representative of that entity signed the complaint, paid the filing fee, or provided any indication that it is a party to this action. The Clerk is directed to enter judgment dismissing Plaintiff's action.Mailed notice (gej, ) (Entered: 01/30/2008) |
| 01/29/2008 | **8** | ENTERED JUDGMENT(gej, ) (Entered: 01/30/2008) |
| 02/15/2008 | **9** | NOTICE of appeal by Timothy Doyle Young regarding orders **8**, **7**, fee due. (air, ) (Entered: 02/19/2008) |