**FILED**

**FEBRUARY 20, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## FEE NOTICE and ORDER

Date: February 20, 2008
Re: Young, Doyle v. USA
    Appeal No.: 08-1379

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division    **J. N.**
No. 07 C 6566, Matthew F. Kennelly, Judge

To:     Doyle Young
        UNITED STATES PENITENTIARY - ADMAX
        #60012-001
        P.O. Box 8500
        Florence, CO  81226
        USA

        Circuit Rule 3(b) empowers the clerk to dismiss an appeal
if the docket fee is not paid within fourteen (14) days of the
docketing of the appeal.  This appeal was docketed on 2/19/08.
The District Court has indicated that as of 2/15/08 the docket
fee has not been paid.  Depending on your situation, you should:

   1. Pay the required $450.00 docketing fee PLUS the $5.00
      notice of appeal filing fee to the District Court Clerk,
      **if you have not already done so.**  The Court of Appeals
      cannot accept this fee.  You should keep a copy of the
      receipt for your records.

   2. File a motion to proceed on appeal in forma pauperis
      with the District Court, along with a certified copy of your
      prison trust account statement for the 6 month period preceding
      the filing of the notice of appeal, **if you have not already
      done so.** An original and three copies of that motion, with
      proof of service on your opponent, is required.  This motion
      must be supported by a sworn affidavit in the form prescribed by
      Form 4 of the Appendix of Forms to the Federal Rules of Appellate
      Procedure (as amended 12/1/98), listing the assets and income
      of the appellant(s).

   3. If the motion to proceed on appeal in forma pauperis is
      denied by the district court, you must either pay the
      required $450.00 docketing fee PLUS the $5.00 notice of
      appeal filing fee to the District Court Clerk, within 14
      days after service of notice of the action of the district
      court, or within 30 days of that date, renew your motion
      to proceed on appeal in forma pauperis with this court.
      If the motion is renewed in this court, it must comply with
      the terms of Fed. R. App. P. 24(a).  In addition, you must

provide this court with a brief memorandum explaining why
you contend the district court's denial of leave to proceed
on appeal in forma pauperis is erroneous.  **NOTE:** The
document should be titled "MEMORANDUM IN SUPPORT OF PLRA
MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS"
and must be filed within 30 days of service of the order
of the district court.

Further, this appeal is subject to the Prison Litigation
Reform Act.  Accordingly,

**IT IS ORDERED** that all other proceedings in this appeal
are **SUSPENDED** pending the assessment and payment of any necessary
fees.  See Newlin v. Helman, 123 F.3d 429, 434
(7th Cir. 1997).  The court will take no further action in this
appeal until the fee status is resolved.

Neither party should tender any brief or motion that is not
related to appellant's fee status on appeal.  Appellee is under no
obligation either to file a brief or to respond to any such motion
filed by appellant.  Any motion not related to appellant's fee
status will be deemed denied without further court action.


(1261-040500)