

**MICHAEL W. DOBBINS**
CLERK

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

March 11, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Timothy Doyle Young vs. USA

U.S.D.C. DOCKET NO. : 07cv6566

U.S.C.A. DOCKET NO. : 08-1379

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)            **One Vol. Of Pleadings**

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
A. Rone, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

**One Vol. Of Pleadings**

In the cause entitled: Timothy Doyle Young vs. USA.

USDC NO.   : 07cv6566

USCA NO.   : 08-1379

> IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 11th day of March, 2008.
>
> MICHAEL W. DOBBINS, CLERK
>
> By: _____
> A. Rone, Deputy Clerk

APPEAL, COX, PC, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06566
### Internal Use Only

Young v. United States et al
Assigned to: Honorable Matthew F. Kennelly
Case in other court:
    08-01379

Cause: 28:1331 Federal Question: Bivens Act

Date Filed: 12/14/2007
Date Terminated: 12/14/2007
Jury Demand: None
Nature of Suit: 555 Civil Rights (Prison Condition)
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Timothy Doyle Young**     represented by **Timothy Doyle Young**
#60012-001
Florence - ADMAX
P.O. Box 8500
Florence, CO 81226
PRO SE

V.

**Defendant**

**United States**     represented by **AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

Service List                                        represented by  Prisoner Correspondence - Internal Use Only
                                                                    Email: Prison1_ILND@ilnd.uscourts.gov
                                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2007 | 1 | RECEIVED Complaint and no copies by Timothy Doyle Young (hp, ) (Entered: 11/21/2007) |
| 11/20/2007 | 2 | CIVIL Cover Sheet (hp, ) (Entered: 11/21/2007) |
| 11/20/2007 | 3 | MOTION by Plaintiff Timothy Doyle Young for leave to proceed in forma pauperis (hp, ) (Entered: 11/21/2007) |
| 11/20/2007 | 4 | POST MARKED envelope for initiating document by Timothy Doyle Young (Document not scanned) (aew, ) (Entered: 12/12/2007) |
| 12/14/2007 | 5 | MINUTE entry before Judge Matthew F. Kennelly : Plaintiff Timothy Doyle Young's civil rights complaint and in forma pauperis application filed in this Court are not on this Court's forms and do not provide sufficient information to allow his case to proceed forward. Plaintiff is given 30 days from the date of this order to: (1) either pay the $350 filing fee or submit an in forma pauperis application on the enclosed form with the information required by 28 U.S.C. § 1915(a)(2), and (2) submit an amended complaint on this Courts form in accordance with N.D. Ill. Local Rule 81.1. Plaintiff's current in forma pauperis motion **3** is denied without prejudice and his complaint is dismissed without prejudice to Plaintiff filing another in forma pauperis application and an amended complaint within 30 days of the date of this order. The clerk shall forward to plaintiff an in forma pauperis application and an amended complaint form. Plaintiff's failure to comply with this order may result in dismissal of this case without prejudice. Fed. R. Civ. P. 41; N.D. Ill. Local Rule 3.3. [For further details see text below.] Mailed notice (hp, ) (Entered: 12/17/2007) |
| 12/14/2007 |   | (Court only) ***Civil Case Terminated. (hp, ) (Entered: 12/19/2007) |
| 12/17/2007 |   | MAILED to plaintiff an in forma pauperis application and an amended complaint form and with copy of minute order dated 12/14/2007. (hp, ) (Entered: 12/17/2007) |
| 01/15/2008 | 6 | LETTER from plaintiff dated 01/07/2008 requesting for a order to send a copy of the complaint to co-plaintiff. (hp, ) (Entered: 01/17/2008) |
| 01/29/2008 | 7 | MINUTE entry before Judge Matthew F. Kennelly :Plaintiff Timothy |

| | | |
|---|---|---|
| | | Doyle Young has submitted neither an in forma pauperis application nor an amended complaint in compliance with this Court's 12/14/07 order. The Court warned Plaintiff that failure to comply may result in dismissal. Accordingly, the Court dismisses this case for failure to pay the filing fee or file an IFP application or otherwise comply with the 12/14/07 order. Fed. R. Civ. P. 41(b); N.D. Ill. Local Rule 3.3. All pending motions are denied, including Plaintiff's motion for this Court to send a copy of his complaint to the Chicago Tribune newspaper, which Plaintiff refers to as a co-plaintiff. **6** Neither the Chicago Tribune nor any authorized representative of that entity signed the complaint, paid the filing fee, or provided any indication that it is a party to this action. The Clerk is directed to enter judgment dismissing Plaintiff's action.Mailed notice (gej, ) (Entered: 01/30/2008) |
| 01/29/2008 | 8 | ENTERED JUDGMENT(gej, ) (Entered: 01/30/2008) |
| 02/15/2008 | 9 | NOTICE of appeal by Timothy Doyle Young regarding orders **8**, **7**, fee due. (air, ) (Entered: 02/19/2008) |
| 02/19/2008 | 10 | TRANSMITTED to the 7th Circuit the short record on notice of appeal **9**. Notified counsel (air, ) (Entered: 02/19/2008) |
| 02/19/2008 | 11 | NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 02/19/2008) |
| 02/20/2008 | 12 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal **9** ; USCA Case No. 08-1379 (hp, ) (Entered: 02/21/2008) |
| 02/20/2008 | 13 | FEE NOTICE AND ORDER Pursuant to Circuit Rule 3(b) to plaintiff (hp, ) (Entered: 02/21/2008) |

KEY:
All circled items are included in appeal
all / items are not included in appeal
n/a items are not available