

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK



312-435-5670

March 11, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Timothy Doyle Young vs. USA

U.S.D.C. DOCKET NO. : 07cv6566

U.S.C.A. DOCKET NO. : 08-1379

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)        **One Vol. Of Pleadings**

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                             Very truly yours,

                             Michael W. Dobbins, Clerk

                             By:_____
                               A. Rone, Deputy Clerk

*[Stamp: U.S.C.A. - 7th Circuit RECEIVED MAR 11 2008 DW GINO J. AGNELLO CLERK]*