

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604

Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 03, 2008

To:   Michael Dobbins  
      UNITED STATES DISTRICT COURT  
      Northern District of Illinois  
      Chicago 60604-0000

**FILED**

APR - 7 2008 YM  
Apr 7, 2008  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| | TIMOTHY D. YOUNG, <br> Plaintiff - Appellant |
| No.: 08-1379 | v. |
| | UNITED STATES OF AMERICA, <br> Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:07-cv-06566 |
| Northern District of Illinois, Eastern Division |
| Court Reporter L. Brennan |
| Clerk/Agency Rep Michael Dobbins |
| District Judge Matthew Kennelly |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

CHOOSE ONE OF THE FOLLOWING:     record to be returned later

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:** _____   **Received by:** _____

form name: c7_Mandate

form ID: 135