

CERTIFIED COPY

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**PLRA C.R. 3(b) FINAL ORDER**

**FILED**

April 03, 2008

APR - 7 2008  YM
Apr 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1379 | TIMOTHY D. YOUNG, Plaintiff - Appellant |
|---|---|
| | v. |
| | UNITED STATES OF AMERICA, Defendant - Appellee |

**Originating Case Information:**

District Court No: 1:07-cv-06566   07 cv 6566
Northern District of Illinois, Eastern Division
Court Reporter L. Brennan
Clerk/Agency Rep Michael Dobbins
District Judge Matthew Kennelly

The pro se appellant has neither paid the $455.00 appellate fees nor filed a motion for leave to proceed on appeal in forma pauperis in the District Court, as prescribed in *Fed. R. App. P. 24(a)*. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $455.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of *Section 1915(b)*. *Newlin v. Helman*, 123 F.3d 429, 433 (7th Cir. 1977).

A True Copy