# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

May 09, 2008

FILED
May 12 2008
MAY 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

To: Michael Dobbins
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago 60604-0000

| | |
|---|---|
| No.: 08-1379 | TIMOTHY D. YOUNG, <br> Plaintiff - Appellant <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Defendant - Appellee |

Originating Case Information:

District Court No: 1:07-cv-06566
Northern District of Illinois, Eastern Division
Court Reporter L. Brennan
Clerk/Agency Rep Michael Dobbins
District Judge Matthew Kennelly

The mandate or agency closing letter in this cause issued on 04/03/08. Returned herewith is the record which was transmitted to this court.

RECORD ON APPEAL STATUS:      Entire record returned consisting

of

████████████████████████████████████████

Pleadings:                                   1  aa

████████████████████████████████████████

Please acknowledge receipt of these documents on the enclosed copy of this notice.

-------------------------------------------------

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                    **Received by:**

_____                  _____

form name: c7_Record_Return_toDC (form ID: 205)